HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-127-JLR |
| Plaintiff, | |
| v. | ORDER GRANTING THE MOTION TO PROCEEED BY VIDEO CONFERENCING FOR THE SENTENCING HEARING |
| JAY RONALD ANDERSON, | |
| Defendant. | |

THE COURT has considered the unopposed motion to proceed with the sentencing hearing by video conference and the files and records herein. The Court finds that further delay in the sentencing proceeding of this case would result in serious harm to the interest of justice as required under the CARES Act.

Therefore, the Court GRANTS the motion.

DONE this 29th day of October, 2020.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Jay Anderson

ORDER TO PROCEED BY VIDEO
CONFERENCING FOR SENTENCING
(*USA v. Anderson* / CR19-127-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100